IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WALLACE C. EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00507 |
| ) | Judge Trauger |
| CHASE AND PNC BANK, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 27, 2017, the magistrate judge issued a Report and Recommendation (DE #40), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant PNC Bank's Motion to Strike Plaintiff's Amended Complaint or in the Alternative Motion to Dismiss Amended Complaint (Docket No. 31) is GRANTED, and all claims against defendant PNC Bank in the Amended Complaint are DISMISSED with prejudice. This case shall be returned to the magistrate judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 15th day of December 2017.

_____
ALETA A. TRAUGER
U.S. District Judge